IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,

    **Plaintiff,**

    v.                                      CASE NO. 25-3014-JWL

KANSAS DEPARTMENT OF
CORRECTIONS, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff and Kansas prisoner James Richard Dudley brought this now-closed pro se civil rights action under 42 U.S.C. § 1983. It comes now before the Court on Plaintiff's "Motion for Leave to Amend Complaint" (Doc. 18), his "Notice to Court" (Doc. 19), and his "Declaration" (Doc. 20), all filed on June 24, 2025. In the motion to amend, Plaintiff asks permission to amend his complaint in order to avoid the three-strikes provision. (Doc. 18, p. 1.) The Court has carefully read all of Plaintiff's filings and finds that none of them, even liberally construed, provide a persuasive reason to reconsider the dismissal of this matter. Rather, they largely repeat arguments already made or make arguments that Plaintiff previously could have made.

As Plaintiff is aware, "[m]aking arguments or asserting facts that could have been previously made or asserted is not enough to succeed on a motion to reconsider." (Doc. 14, p. 3 (citing *Lebahn v. Owens*, 813 F.3d 1300, 1306 (10th Cir. 2016), and *Servants of the Paraclete v. Does*, 294 F.3d 1005, 1012 (10th Cir. 2000)).) The time for Plaintiff to argue that he should have been allowed to proceed in this matter in forma pauperis, to challenge the assessment of strikes against him, to seek relief in this case, or to provide additional arguments on the merits of his claims or the danger he is in has passed. (*See* Doc. 14, p. 3-5.) The motion will be denied. This

case will remain closed. Plaintiff is cautioned that future motions that ask the Court to reconsider the dismissal of this case based on already raised arguments or arguments that could have been raised previously will be summarily denied.

**IT IS THEREFORE ORDERED BY THE COURT** that the motion (Doc. 18) is **denied**. This matter shall remain closed.

**IT IS SO ORDERED**.

Dated June 25, 2025, in Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE